FILED
CLERK, U.S. DISTRICT COURT

MAY 2 7 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     Case No.: 8:23-CR-00164-JVS
                                    )
              Plaintiff,            )     ORDER   [OF DETENTION]
                                    )     AFTER HEARING HELD PURSUANT
        vs.                         )     TO 18 U.S.C. § 3148 (B)
                                    )
Joshua Clifford Williams            )     (Alleged Violation of Conditions of
              Defendant.            )            Pretrial Release)
                                    )

### A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judges Early / Kewalramani / Carter, and the Court having conducted a hearing on the alleged violation(s),

### B.

The Court finds

(1)

    (A)  (✓)  that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (  )  that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

_____

_____

and

(2)

    (A)  ( )   that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)  ( )   that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3)      (✓)   that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)      ( )   that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

         ( )   This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(✓)   IT IS ORDERED that the defendant be detained prior to trial.

DATED:   5/27/25

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

2